IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                                 ORDER

                       Plaintiff,

                                                                                           06-cr-126-bbc

     v.

LAWRENCE GREEN,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Defendant Lawrence Green has filed a motion to suspend or defer the payment of the fine imposed on him in this case. In support of his motion, defendant argues that it is financially difficult for him to make payments on the fine while at the same time paying a filing fee for a lawsuit that he wishes to file. He requests either a deferral of his fine until he is released from prison or a six-month "freeze" on the time within which to pay the fine. Defendant's motion will be DENIED.

       So long as defendant is in prison, he is subject to the Bureau of Prisons' rules regulating his payment of his court-ordered obligations. Short of a plausible showing by defendant that the prison is violating his rights under federal law or the United States Constitution, this court has no authority to intervene.

1

As to defendant's request for a deferral of his fine until he is released, that request is DENIED as well. Defendant has made no showing that he is unable to pay the fine. Simply preferring to use his money for another purpose is not sufficient.

ORDER

Defendant Lawrence Green's motion to suspend or defer the payment of the fine in this case is DENIED.

Entered this 11th day of February, 2010.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge

2